IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TROY LEE BRANDON                                         PLAINTIFF

V.                           CASE NO. 5:18-CV-05098

KARAS HEALTHCARE; and
DR. ROBERT KARAS                                       DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. When he filed this case, Plaintiff was incarcerated in the Washington County Detention Center.

On July 2, 2018, July 13, 2018, July 30, 2018, and August 2, 2018, mail sent by the Court to the Plaintiff at the Washington County Detention Center was returned as undeliverable with a notation that Plaintiff is no longer at the facility (Docs. 11, 12, 18, 19). When filing this case, Plaintiff was specifically advised that he was required to immediately inform the Court of any changes in his address.

> Plaintiff is advised that he is required to immediately inform the Court of any change of address. If Plaintiff is transferred to another jail or prison or released, he shall have 30 days from the date of transfer or release in which to notify the Court of the new address.
>
> Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and <u>not</u> include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. The case will be subject to dismissal if Plaintiff fails to inform the Court of an address change.

(Doc. 4). Additionally, Rule 5.5 (c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas also requires a *pro se* party to keep the Court and opposing counsel informed of his current address.

More than thirty (30) days have passed since mail sent to Plaintiff was returned as undeliverable. To date, no new address for Plaintiff has been provided to the Court. Therefore, **this case is DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 27th day of August, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE